# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# GREENVILLE DIVISION

| | |
|---|---|
| Ciena Capital Funding, LLC f/k/a BLX Capital, LLC, solely in its capacity as Servicer for: Bank of New York Mellon Trust Company, N.A., f/k/a BNY Midwest Trust Company, not in its individual capacity but solely as Indenture Trustee, under that certain Indenture dated March 1, 2003, as the same may be amended from time to time, for the benefit of the Indenture Trustee and the holders of the Business Loan Express Business Loan-Backed Notes, Series 2003-A, as their interests may appear, <br><br>         Plaintiff, <br>vs. <br><br>Richard H. Pennell, Jr., individually; Nancy Pennell, individually; Michael Armstrong, individually; Paige B. Armstrong, individually; John M, Armstrong, individually; Margaret T. Armstrong, individually; J. Murphy Armstrong, individually; and Martha Armstrong, individually; and 21 East Washington Street, LLC, <br><br>         Defendants. | Civil Action No. 6:16-cv-03117-MGL <br><br><br><br><br><br>**ORDER FOR REMAND** |

  Pursuant to motion of counsel for Plaintiff and with consent of counsel for Defendants, this matter is remanded to the Court of Common Pleas for the County of Greenville, South Carolina.

  IT IS SO ORDERED.

              s/Mary Geiger Lewis
              Mary Geiger Lewis
              United States District Judge

September 22, 2016
Columbia, South Carolina